Notes from Commissioner Gantt's comments on retirement before the 2016 election

## Comments on 2016 election

Thanks for coming here-
I want to announce that I will not be a candidate for County Commission Chair in 2016

Not a funeral, not sick, not mad, not concerned about past or future prospects- Simply want to

1. Spend more time with wife, children- Charise- 36 yrs of marriage- Very little time with her- Want to spend more time and work in more travel, visits to children
2. Focus more on law practice
3. Not be rushed

3 measures of success
- Did you keep promises, meet your expectations and goals
- Did you leave position and County in better shape than start
- Were you honest, nice, and fair to staff, constituents, other elected officials along the way?

20 yrs ago, ran on platform- SLIDE
1996 tax rate was 73 cents
Most of regs on growth, development came from NC
Campaign for this election and all others
- ✓ Quality public education
    - $254M in new construction, new schools
    - 11 new primary schools- Many older schools completely renovated
    - Teacher supplements every year
    - Great relationship with Superintendents- Drs. Baldwin
- ✓ Effective government
    - AAA bond rating- interest rates ~ 4%- unheard of for government
    - Lowest urban tax rate SLIDE
    - 73 cents now 60 cents
    - $693M of new construction, reduction of any rent by County
    - Explosion of new jobs- 6000 new jobs and $1B investment just in last 5 yrs
- ✓ Environmental laws to protect mts
    - Steep Slope, ridge top
    - Zoning with BRP overlay
    - Erosion, sedimentation, cell tower, retaining walls,
    - Best landfill- Permanent
    - Conservation easement- Nearly 6,000 acres we have been involved with

HANDOUT- What I feel was progress by County and my Top 10 proudest changes the Commission made during last 20 yr

THANKS
Wife, Charise- Kids- 5th and 6th grade when I started this
Understood my passion to serve, but still took a lot of time away from them

Other Commissioners
Sobol
Young
Stanley
Keever
Ramsey

Peterson
Bailey
Jones
King
Jones
Frost
Newman
Belcher
DeBruhl
Fryar

WANDA GREENE- Best manager in US- Just let her work, coordinate and plan
Senior staff
Creighton
Stone
VeHahn
Thornberry
Israel

ATTYs- Keith Snyder, Joe Conley, Stan Clontz, Mike Frue, Curtis Euler, Bob Deutsch

Media- Generally fair and willing to get both sides- Spankings generally deserved or understandable

Honor to serve, intent to complete term and stay involved after 2016 election, different role

Introduce some friends