August 9, 2019

The Honorable Robert D. Conrad, Jr.
US District Court Judge
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC. 28202

Your Honor,

My name is Heath Shuler. I represented the 11th Congressional District of North Carolina, in the United States House of Representatives, from 2007 until 2013. I am writing this letter in support of Wanda Greene.

After my election in November of 2006, my team and I had to put together a staff and get them trained, find office space, and work with the House on equipment and supplies. It was a very hectic time. It was during this process that I first met the Buncombe County manager, Wanda Greene. She worked with the Buncombe County Commissioners and arranged office space for our District Office, taking a tremendous load off our limited transition time. More than that, it was the beginning of a relationship with Wanda Greene that was very beneficial to our constituents in the 11th Congressional District.

Ms. Greene's network with governmental and non-governmental agencies gave me and my staff a tremendous advantage in constituent service. She was always available to meet with me, or any member or our staff. She was vital in helping us work cooperatively with Veteran's Service, by placing the Veteran's Service Office (each county has one) next door to ours. Wanda arranged for our staff to work closely with Buncombe County Department of Social Services to learn more about serving our constituents with problems from Social Security issues to child adoption. When individuals, or business entities asked for help with federal grants, Ms. Greene was there with advice on the process applying for such funds. If time and space permitted, I could go on and on about the many ways she helped us navigate serving the people of Buncombe County.

Your Honor, there was never a time that we called on Ms. Greene that she failed to come through with excellent assistance. Wanda Greene helped me better serve the people of Western North Carolina and her service was felt not only by me and my staff but also by the citizens of Buncombe County and all of the thirteen counties that composed the 11th Congressional District. It is my sincere hope that you will take her many years of hard work and dedication into consideration.

Sincerely,

Heath Shuler
120 Stuyvesant Rd
Asheville, NC 28803

828-550-2803