# FAIRVIEW BRANCH LIBRARY
## ASHEVILLE-BUNCOMBE LIBRARY SYSTEM

**BOARD OF COMMISSIONERS**
TOM SOBOL, CHAIRMAN

PATSY KEEVER
WILLIAM H. "BILL" STANLEY
DAVID YOUNG
DAVID GANTT

**BUNCOMBE COUNTY MANAGER, WANDA S. GREENE**
**ASSISTANT COUNTY MANAGER/PLANNING DIRECTOR, JON CREIGHTON**
**ASHEVILLE-BUNCOMBE LIBRARY SYSTEM BOARD OF TRUSTEES**
BERNARD R. SMITH, CHAIRMAN

ANNIE C. AGER
MALCOLM GAMBLE
BETTY MAXWELL
JULIA RAY
BEVERLEY DEVEREUX
BRUCE GREENAWALT
JOSEPH MCGUIRE
ROBERT TODD

**DIRECTOR OF LIBRARIES**
EDWARD J. SHEARY

**ARCHITECT**
FARRELL & HARGROVE, PA
**GENERAL CONTRACTOR**
HUNTER CONSTRUCTION, INC.

DEDICATED NOVEMBER 8, 1999


Case 1:15-cr-00088-RJC-WCM  Document 74-17  Filed 08/22/19  Page 1 of 1