# FAIRVIEW BRANCH LIBRARY
## ASHEVILLE-BUNCOMBE LIBRARY SYSTEM

BOARD OF COMMISSIONERS
TOM SOBOL, CHAIRMAN

PATSY KEEVER
WILLIAM H. "BILL" STANLEY
DAVID YOUNG
DAVID GANTT

BUNCOMBE COUNTY MANAGER, WANDA S. GREENE
ASSISTANT COUNTY MANAGER/PLANNING DIRECTOR, JON CREIGHTON
ASHEVILLE-BUNCOMBE LIBRARY SYSTEM BOARD OF TRUSTEES
BERNARD R. SMITH, CHAIRMAN

ANNIE C. AGER
MALCOLM GAMBLE
BETTY MAXWELL
JULIA RAY
BEVERLEY DEVEREUX
BRUCE GREENAWALT
JOSEPH MCGUIRE
ROBERT TODD

DIRECTOR OF LIBRARIES
EDWARD J. SHEARY

ARCHITECT
FARRELL & HARGROVE, PA
GENERAL CONTRACTOR
HUNTER CONSTRUCTION, INC.

DEDICATED NOVEMBER 8, 1999