**Jason Putnam**
110 Heywood Rd Apt 17b
Arden, NC 28704
828-582-7970
jputnam@gmail.com

RECEIVED
CHARLOTTE NC

AUG 27 2019

Clerk, US Dis
Western Dist...

August 23rd, 2019

**Honorable Judge Robert J. Conrad**
250 Charles R. Jonas Federal Bldg.
401 W. Trade Street
Charlotte, NC 28202

RE: Sentencing for the buncombe county fraudsters on 8/28/19:

1:18-cr-00047-RJC-WCM-2 USA v. Greene et al  Michael Gene Greene

1:18-cr-00088-RJC-WCM-2 USA v. Greene et al  Jon Eugene Creighton

1:18-cr-00088-RJC-WCM-3 USA v. Greene et al  Amanda Louise Stone

1:19-cr-00017-RJC-WCM-1 USA v. Wiseman Joseph F. Wiseman, Jr (Defendant)

1:18-cr-00047-RJC-WCM-1 USA v. Greene et al  (x3) Wanda Skillington Greene

Honorable Judge Conrad,

I have never written a court before, but I feel that the actual victims in this case are not being represented by the sentencing guidelines the federal probation department recommended. On behalf of the 250,000 + buncombe county residents and taxpayers I strongly urge you to "thow the book" at all of these defendants. Then find another book and throw it at them, and continue for your entire day. Maximum sentences at non country club type facilities with the highest possible fines you can levy. Ms. Greene should be placed in a prison full of people who could not get the mental health services or the fair representation because of her actions in diverting MILLIONS of dollars to her wallet.

They all have betrayed the trust of the people they claimed to serve, for transactions and actions that were simply pure greed and self entitlement. While they may have been caught, but their actions have led to multi million dollar costs for the victims (county taxpayers), the american taxpayers and irreparable harm to the lives of so many people who had to deal with this group in their quest for unchecked greed and personal enrichment. I remind you, that you are only sentencing on the charges they chose to plead to, all the while they are guilty of hundreds if not thousands of other charges. They created an atmosphere of corruption and unchecked power for years. Abusing staff, county tax dollars and economic incentives that could have been used to provide jobs for the county, mental health and prospering employees who wanted to do the right thing. They all did it, now they should have accountability for their choices.

Wanda, Jon, Mandy, Joe and Micheal deserve to pay for all of their crimes and the only fair way is to order maximum sentences and fines on the very few charges they pleaded to.

Thank you for your time and consideration,

Jason Putnam