Sir,

As you contemplate sentencing these "Court House Crooks", please remember the many residents who have to save to pay their taxes, especially senior citizens. Also, think of the damage they have done to the confidence in "public servants". I have known Mandy Stone's family for more than 50 years and can't remember when I have been anymore disappointed in a person. Please give them some time in prison to think about what they have done to this county.