I, Lisa Landis was a victim of Wanda Greene and her criminal behavior. Wanda missappropriated funds from public access (P.E.G.) to silence the people who were exposing the corruption in local government on June 7, 2011. Her criminal acticities esculated until her retirement. Many of the elected officials were aware of her actions and didn't disagree when asked. She willfully harmed people by destroying our community media center, those who had started small businesses and worked for others for their income. Where did the funding go? Other than to those who privileadged themselves with an award winning Govt TV Channel. We the producers seek justice by asking for the maximum sentence to be given her. Even if it is not as great as the losses we suffered.

Lisa Bain Landis v Buncombe Co, NC govt, 1:14-CV-146

RECEIVED ASHEVILLE, N.C. AUG 28 2019 Clerk, U.S. Dist. Court W. Dist. of NC

Case 1:18-cr-00088-RJC-WCM Document 91 Filed 08/28/19 Page 1 of 2

Lisa Bain Landis
PO Box 1333
Brevard NC
28712
828.450.6317
TheGLoLady@gmail.com