**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CASE NOS.: 1:18-CR-47-RJC**
**1:18-CR-68-RJC**
**1:18-CR-88-RJC**

---

**UNITED STATES OF AMERICA**

**v.**

**WANDA SKILLINGTON GREENE**

---

**NOTICE OF WITHDRAWAL OF OBJECTION TO TAX RESTITUTION**
**FIGURE**

The defendant hereby withdraws any objection to the tax restitution figure of

$207,660.00 which had previously been left open for 90 days.

      Dated: September 9, 2019

                        Respectfully submitted,

                        /s/ Noell Tin
                        Noell P. Tin
                        TIN FULTON WALKER & OWEN PLLC
                        301 East Park Avenue
                        Charlotte, NC 28203
                        T: 704-338-1220
                        F: 704-338-1312
                        ntin@tinfulton.com

/s/ Thomas Amburgey

AMBURGEY LAW P.A.
22 South Pack Square #1200
Asheville, N.C.  28801
T: (828) 989-3210
F: (828) 610-5521
thomas@ashevilledefense.com

COUNSEL FOR WANDA GREENE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has served the foregoing NOTICE OF WITHDRAWAL TO OBJECTION TO TAX RESTITUTION FIGURE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

Richard Edwards
Assistant U.S. Attorney
richard.edwards2@usdoj.gov

Dated: September 9, 2019

/s/ Noell P. Tin