UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18-CR-047-01 |
| | ) | DOCKET NO. 1:18-CR-068-01 |
| v. | ) | DOCKET NO. 1:18-CR-088-01 |
| | ) | |
| | ) | |
| WANDA S. GREENE | ) | |
| | ) | |

**JOINT MOTION TO EXTEND REPORTING DATE**

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney, and also on behalf of the defense, and respectfully submits this joint motion asking the Court to extend the date on which the defendant is scheduled to report to the Bureau of Prisons (BOP) to commence serving her sentence of imprisonment.

At the sentencing hearing on August 28, 2019, the Court imposed a sentence of incarceration of 84 months, and allowed the defendant to remain on her conditions of release and to self-report to start serving her period of incarceration, as notified by the BOP. The defendant has recently received that notice. For security reasons, BOP does not publicly disclose either the reporting dates or the designated facilities in these instances, but the sealed pleading sets forth those details for the Court.

In support of this motion, the Government is simultaneously submitting a motion to seal a more detailed explanation of the bases for this extension motion. In

summary, however, this request is based on the defendant's continuing to provide assistance to the Government in the investigation and prosecution of other persons, including current and former employees and officials of the Buncombe County Government, as well as third parties.

This assistance to the Government is not merely hypothetical, or based on a mere hope or expectation that she could provide useful information. Rather, the parties have been meeting frequently for this purpose, including as recently as a four-hour session on September 18, 2019, and those sessions have proven to be valuable to the investigations.

In one now-public instance, for example, Ms. Greene has provided assistance in the investigation that resulted in the indictment returned against former Buncombe County Commissioner Ellen Frost, Case 1:19-cr-064, which is set for trial before this Court during its December term. The Government expects that it will call the defendant as a witness at that trial. Other matters in which she is rendering assistance are addressed more fully in the pleading the parties seek to file under seal with the Court.

For its part, the Government is motivated here not by any desire to delay Ms. Greene's punishment for the crimes she committed, but rather for the sake of efficiency on the part of the Government in continuing to obtain her assistance. That is, while she continues to reside in the Asheville area, the agents and prosecutor are

2

readily able to meet with her, go over documents and other evidence, and to pursue additional avenues of investigation. In the particular instance of the *Frost* case, the Government is also thereby able to meet with her for purposes of trial preparation.

If the reporting date is not extended, the law enforcement agents and prosecutor could only meet with her by traveling for some distance out of state and meeting with her for a limited time in a visitors' room at the BOP facility, with all the delays and additional expense that this would entail. In conclusion, the Government submits that it is in the interest of efficiency and economy to delay, for a time, the defendant's reporting date.

The defense has reviewed this motion and has authorized the undersigned to represent to the Court that this is a joint motion.

Respectfully submitted, this 24th day of September, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/s/ Richard Lee Edwards

RICHARD LEE EDWARDS
ASSISTANT U. S. ATTORNEY
N.C. Bar Number 30205
100 Otis Street
Asheville, NC 28801
Telephone: (828) 271-4661
Fax: (828) 271-4670
E-mail: Richard.Edwards2@usdoj.gov

3