FILED
ASHEVILLE, N.C.
SEP 24 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18-CR-047-01 |
| | ) | DOCKET NO. 1:18-CR-068-01 |
| v. | ) | DOCKET NO. 1:18-CR-088-01 |
| | ) | |
| | ) | |
| WANDA S. GREENE | ) | |
| | ) | |

## JOINT MOTION TO SEAL

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney, and also on behalf of the defense, and respectfully submits this joint motion pursuant to Local Criminal Rule 49.1.1(d) to seal a pleading that will simultaneously be submitted to the Court in support of the parties' joint motion to extend the defendant's date of reporting to the Bureau of Prisons to start serving her sentence.

In support of this motion to seal, the parties note that the accompanying pleading refers to the date and the Bureau of Prisons facility to which the defendant is currently required to report. The BOP seeks to keep this information confidential for security reasons.

Additionally, the pleading cites several specific investigations as to which the defendant is assisting. Disclosure at this time of those matters could harm those investigations. Another danger arising from disclosure at this time is that the

Government's investigation might ultimately conclude that one or more of the subjects of investigation did not, in fact, commit a prosecutable offense. It would be extremely harmful and unfair to identify such persons as being under a federal criminal investigation.

The attorneys for the defendant have authorized the undersigned to represent to the Court that this is a joint motion.

WHEREFORE, the Government respectfully moves that the Court seal the accompanying memorandum in support of the joint motion to extend the defendant's reporting date.

Respectfully submitted, this 24th day of September, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/s/ Richard Lee Edwards

RICHARD LEE EDWARDS
ASSISTANT U. S. ATTORNEY
N.C. Bar Number 30205
100 Otis Street
Asheville, NC 28801
Telephone: (828) 271-4661
Fax: (828) 271-4670
E-mail: Richard.Edwards2@usdoj.gov

2