IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-CR-00047-RJC-WCM
1:18-CR-00068-RJC-WCM
1:18-CR-00088-RJC-WCM

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WANDA SKILLINGTON GREENE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the parties to extend the deadline for self-reporting to the designated Bureau of Prisons (BOP) facility for service of the defendant's sentence. (Case No. 1:18-CR-47, Doc. No. 94; Case No. 1:18-CR-68, Doc. No. 55; Case No. 1:18-CR-88, Doc. No. 106).

The parties seek to delay reporting indefinitely so that the defendant can continue to provide assistance to the government in the investigation and prosecution of other persons. It is not unusual for inmates to cooperate and appear as witnesses. Considering previous continuances in this case and criminal conduct stretching back to 2007, the Court finds that the parties have not established sufficient justification to further delay the imposition of the sentence.

**IT IS, THEREFORE, ORDERED** that the parties' motion is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: September 27, 2019

Robert J. Conrad, Jr.
United States District Judge